FILED

8/12/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

25CV50344

Robert John Sam Jr

                 Plaintiff,

v.                                     Case No.: 1:25–cv–09387

                                     Honorable John J. Tharp Jr.

Bradley J Waller, et al

JUDGE JOHNSTON
MAGISTRATE JUDGE SCHNEIDER

                 Defendant.

## DIVISIONAL TRANSFER NOTICE

DIVISIONAL TRANSFER Notice. Case transferred to Western Division – Rockford. Pursuant to transfer order: [8]. (men, )