



**FILED**
8/12/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AXK

# Letter to the Chief Judge Requesting Administrative Review and Reassignment — Case No. 25-cv-9387"

## Robert Sam

639 stonegate dr sycamore Illinois 60178

779-777-3265

harpees5@yahoo.com

**Date:** 8/12/25

## Hon. Rebecca R. Pallmeyer

Chief Judge

United States District Court

Northern District of Illinois

219 South Dearborn Street

Chicago, IL 60604

**Re:** *Robert Sam v. Hon. Bradley Waller, et al.*, Case No. 25-cv-9387 – Request for Administrative Reassignment

Dear Chief Judge Pallmeyer:

I am the Plaintiff in the above-captioned matter, which was originally assigned in the Eastern Division (Chicago) upon filing. I did not request any particular division or judge, nor did I attempt to avoid any judge. The case was transferred to the Western Division (Rockford) administratively, where it is now assigned to Judge Ian Johnston.

I respectfully request that this case be reassigned to a judge in the Eastern Division or another district judge with no personal or professional association with any defendant. Judge Johnston has acknowledged knowing Defendant Chief Judge Bradley Waller, who has also stated that he knows Judge Johnston. Given that Judge Waller is a named defendant, this association raises reasonable questions as to impartiality.

Additionally, during prior proceedings in another matter, Judge John Tharp stated on the record that I was "judge shopping" when in fact the case had been randomly assigned by the Clerk's Office without any action or request on my part. The exact statement made was:

"It appears to me that you were judge shopping in this matter."

This was incorrect and unsupported by any facts. I had no role in determining the division or judge assignment. Such a remark can create an unfair impression and could prejudice future judicial officers reviewing my filings. It is important that the record reflect the truth — that I have never engaged in judge shopping in any case.

For these reasons, I respectfully request administrative reassignment to a judge with no connection to any party and ask that this false characterization be noted as incorrect. A formal motion for recusal under 28 U.S.C. §§ 144 and 455 is enclosed.

Thank you for your attention to this matter.

Respectfully submitted,

/s/**Robert Sam**
Plaintiff, Pro Se