

FILED
8/12/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
AXK



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

25-cv-9387

# PLAINTIFF'S STATEMENT CLARIFYING CASE ASSIGNMENT PROCEDURE

Plaintiff respectfully submits this statement to clarify the record regarding the assignment of this matter:

1. Plaintiff filed this case in the United States District Court for the Northern District of Illinois in accordance with federal venue statutes and local rules. I filed online Pro Se filings.

2. Upon filing, Plaintiff completed the Civil Cover Sheet provided by the Clerk's Office, marking the case as an "Original Proceeding." Plaintiff did not request, select, or otherwise direct the assignment to any specific division or judge.

3. The assignment of this matter was made entirely by the Clerk's Office through its random assignment system, as reflected on the cover sheet and docket.

4. Any suggestion that Plaintiff engaged in "judge shopping" is unfounded. Plaintiff has not filed, withdrawn, or refiled multiple cases in an attempt to manipulate judicial assignment, nor has Plaintiff

made any request to transfer or select a particular judge.

5. Plaintiff respectfully requests that the record reflect that this case was assigned in the ordinary course by the Clerk's Office and not through any action or request of the Plaintiff.

Respectfully submitted,

/S/ Robert Sam

Plaintiff

validating receipt of your document. Please DO NOT reply to this email as it will not be answered. If you have any questions please contact the Intake Desk at 312-435-5691.

---

**R 25-9387 IFP**
**App_stamped_8720251...**
113 KB

---

ILND 44 (Rev. 08/23)

# CIVIL COVER SHEET

The ILND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(See instructions on next page of this form.)*

 **RECEIVED** 8/7/2025 THOMAS G. BRUTON CLERK U.S. DISTRICT COURT

**I. (a) PLAINTIFFS**

Robert Sam

**DEFENDANTS** Judge ___ J. Dallor

Nicholas Cronauer, Rocketton, LLC

**(b)** County of Residence of First Listed Plaintiff
*(Except in U.S. plaintiff cases)*
679 Stonegate Dr Sycamore IL 60178

County of Residence of First Listed Defendant
*(In U.S. plaintiff cases only)*
Note: In land condemnation cases, use the location of the tract of land involved.

**(c)** Attorneys *(firm name, address, and telephone number)*

Attorneys *(If Known)*

1:25-cv-09387
Judge John J. Tharp, Jr
Magistrate Judge Young B. Kim
RANDOM/ Cat. 2

**II. BASIS OF JURISDICTION** *(Check one box, only.)*

- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question *(U.S. Government not a party.)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate citizenship of parties in Item III.)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(For Diversity Cases Only.)*
*(Check one box, only for plaintiff and one box for defendant.)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** *(Check one box, only.)*

| CONTRACT | TORTS | PRISONER PETITIONS | LABOR | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 510 Motions to Vacate Sentence | ☐ 710 Fair Labor Standards Act | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 530 General | ☐ 720 Labor/Management Relations | ☐ 376 Qui Tam (31 USC 3729 (a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury | ☐ 535 Death Penalty | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | Product Liability | ☐ 740 Railway Labor Act | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine ☐ 345 Marine Product Liability | **Other:** ☐ 368 Asbestos Personal Injury Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 430 Banks and Banking ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 350 Motor Vehicle ☐ 355 Motor Vehicle Product Liability | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation ☐ 791 Employee Retirement Income Security Act | ☐ 460 Deportation ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loan (Excludes Veterans) | ☐ 360 Other Personal Injury ☐ 362 Personal Injury - Medical Malpractice | ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Veteran's Benefits | **PERSONAL PROPERTY** ☐ 370 Other Fraud | | **PROPERTY RIGHTS** ☐ 820 Copyright | ☐ 485 Telephone Consumer Protection Act (TCPA) |
| ☐ 160 Stockholders' Suits | ☐ 371 Truth in Lending | | ☐ 830 Patent | |
| ☐ 190 Other Contract | ☐ 380 Other Personal Property Damage | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 490 Cable/Sat TV ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ 385 Property Damage Product Liability | | ☐ 840 Trademark ☐ 880 Defend Trade Secrets Act of 2016 (DTSA) | ☐ 890 Other Statutory Actions ☐ 891 Agricultural Arts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **BANKRUPTCY** | **FORFEITURE/PENALTY** | **SOCIAL SECURITY** | ☐ 893 Environmental Matters ☐ 895 Freedom of Information |
| ☐ 210 Land Condemnation | ☑ 440 Other Civil Rights | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) | Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 899 Administrative Procedure Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations | **IMMIGRATION** | | ☐ 864 SSID Title XVI | Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/ Disabilities- Employment | ☐ 462 Naturalization Application | | ☐ 865 RSI (405(g)) | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 463 Habeas Corpus -- Alien Detainee | **FEDERAL TAXES** | | |
| | ☐ 448 Education | (Prisoner Petition) ☐ 465 Other Immigration Actions | ☐ 870 Taxes (U.S. Plaintiff or Defendant) ☐ 871 IRS—Third Party 26 USC 7609 | | |

**V. ORIGIN** *(Check one box, only.)*

- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District (specify)
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

**VI. CAUSE OF ACTION** *(Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)*
Violation of civil rights, Due process, equal protections & Conspiracy to interfere.

**VII. PREVIOUS BANKRUPTCY MATTERS** *(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary.)*

**VIII. REQUESTED IN COMPLAINT:** ☐ Check if this is a **class action** under Rule 23, F.R.CV.P. | Demand $ | **CHECK Yes only if demanded in complaint:** Jury Demand: ☑ Yes ☐ No

**IX. RELATED CASE(S) IF ANY** *(See instructions):* Judge ___ Case Number ___

**X. Is this a previously dismissed or remanded case?** ☐ Yes ☑ No If yes, Case # ___ Name of Judge ___

Date: 8-6-25

Signature of Attorney of Record ___ pro-se

---

**R 25-9387 Complaint**