## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)
### Western Division

Robert John Sam Jr

                  Plaintiff,

v.                                    Case No.: 3:25−cv−50344

                                    Honorable Iain D. Johnston

Bradley J Waller, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 4, 2025:

      MINUTE entry before the Honorable Iain D. Johnston: On 8/12/2025 Judge Tharp denied plaintiff Robert Sam's motion for leave to proceed in forma pauperis without leaving to filing a revised application with all of the required information. Dkt. 7. Judge Tharp gave Mr. Sam to 9/8/2025 to either pay the filing fee or file a revised ifp application, and warned that failing to do either "will result in summary dismissal of this case." Id. To date, Mr. Sam has neither paid the filing fee or file a revised ifp application. Accordingly, this case is dismissed under Fed. R. Civ. P. 41(b) for failure to prosecute and to follow court orders. The pending motions to recuse [12] and [14] are stricken as moot. Civil case terminated. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.