ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Robert John Sam, Jr.,

Plaintiff(s),

v.

Bradley J. Waller, et al.,

Defendant(s).

Case No.  3:25-cv-50344
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

     which ☐ includes     pre–judgment interest.
             ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐    in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒    other: in favor of the defendants and against plaintiff Robert J. Sam Jr.

---

This action was *(check one)*:

☐ tried by a jury with Judge    presiding, and the jury has rendered a verdict.
☐ tried by Judge    without a jury and the above decision was reached.
☐ decided by Judge Iain D. Johnston on a motion to dismiss.

Date:  11/4/2025

Thomas G. Bruton, Clerk of Court

\s\Y. Pedroza, Deputy Clerk